# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRIAN JAMES ELLENBERGER**  **PLAINTIFF**
ADC #653122

v.   No. 4:23-CV-01075-LPR-JTK

**JESUS DOMINGUEZ, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 6). No objections have been filed, and the time to do so has expired. After a *de novo* review of the PRD and careful consideration of the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's claims against the Yell County Detention Center are DISMISSED without prejudice for failure to state a claim on which relief may be granted. The Clerk is directed to TERMINATE Yell County Detention Center as a party to this action. Additionally, Plaintiff's First Amendment claims against Defendant Robinson are DISMISSED without prejudice for failure to state a claim. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 25th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE