IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIAN JAMES ELLENBERGER**   **PLAINTIFF**
**ADC #653122**

v.   No. 4:23-CV-01075-LPR

**JESUS DOMINGUEZ, et al.**   **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 31).  No objections have been filed, and the time to do so has expired.  After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Defendants' Motion for Summary Judgment (Doc. 23) is GRANTED.  Plaintiff's deliberate indifference claims against Sheriff Gault, Sergeant Robinson, and Supervisor Dominguez are DISMISSED with prejudice.  The Clerk is directed to close this case.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 10th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court does make the following technical edits to the RD.  On page 2 of the RD, the Court notes that Defendants' Motion for Summary Judgment is based on qualified immunity (not exhaustion).  *See* Mot. for Summ. J. (Doc. 23).  On page 4 of the RD, the Court notes that Plaintiff alleged Defendant Dominguez (not Defendant Robinson) pricked his finger with a used needle.  *See* Compl. (Doc. 1) at 4.  And the first sentence of the last paragraph on page 6 of the RD should read: "Under these circumstances, no Defendant was deliberately indifferent."  None of these corrections materially alter the analysis or the appropriate outcome of this case.