# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRIAN JAMES ELLENBERGER**  **PLAINTIFF**
**ADC #653122**

v.  No. 4:23-CV-01075-LPR

**JESUS DOMINGUEZ, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that (1) Plaintiff's deliberate indifference claims against Defendants Gault, Robinson, and Dominguez are DISMISSED with prejudice, and (2) all other claims brought in this case are hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 10th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE